UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bartholomew et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11188-GAO |
| Becker et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11189-GAO |

### NOTICE OF CONFERENCE

A case status conference is scheduled for Tuesday, July 13, 2004, at 2:30 p.m. in Courtroom 9 before the Honorable George A. O'Toole, Jr. Please mark your calendar accordingly.

TONY ANASTAS,
CLERK OF COURT

Dated: June 29, 2004

By  Paul S. Lyness
    Deputy Clerk